427 A.2d 1199

Commonwealth v. Kaufman, Appellant.

 Argued November 14, 1979. Marvin B. Kaufman, appellant, in propria persona; Fred K. Sentner, Assistant District Attorney, for Commonwealth, appellee.

Before PRICE, HESTER and CAVANAUGH, JJ.

Order affirmed.

427 A.2d 1199

Commonwealth v. Kelly, Appellant.

Reargument Denied June 19, 1980.

 Argued November 12, 1979. Vincent C. Murovich, for appellant; Robert L. Eberhardt, Assistant District Attorney, submitted a brief on behalf of appellee.

Before HESTER, MONTGOMERY and LIPEZ, JJ.

Judgment of sentence affirmed.